Opinion issued April 15, 2010

 


 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 

 


 

 

 

 

In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-08-00832-CV

———————————

TED
LAWRENCE ROBERTSON, Appellant

V.

SANDY MELAMED, Appellee



 



 

On Appeal from the 151st District Court 

Harris County, Texas



Trial Court Case No. 2007-34091

 



MEMORANDUM OPINION

Appellant Ted
Lawrence Robertson has failed to timely file a brief.  See Tex. R. App. P. 38.8(a) (failure
to file brief).  After
being notified that this appeal was subject to dismissal, appellant did not
adequately respond.  See Tex. R. App. P. 42.3(b) (allowing involuntary dismissal of case).  

We
dismiss the appeal for want of prosecution for failure to timely file a brief.  We deny all pending motions.

PER
CURIAM

Panel consists of Justices Jennings, Hanks,
and Bland